# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: LAMB, DEBRA SUE     §   Case No. 12-81535
     §
     §
Debtor(s)     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  327 South Church Street, Room #1100
Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/12/2012 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  10/29/2012       By:  /s/JOSEPH D. OLSEN
                                                   Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: LAMB, DEBRA SUE § Case No. 12-81535
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 15,500.00 |
| *and approved disbursements of* | $ 50.00 |
| *leaving a balance on hand of* [1] | $ 15,450.00 |
| **Balance on hand:** | $ 15,450.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 15,450.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 2,300.00 | 0.00 | 2,300.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 119.20 | 0.00 | 119.20 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,225.00 | 0.00 | 1,225.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,644.20 |
| Remaining balance: | $ 11,805.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 11,805.80 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 11,805.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,300.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,999.89 | 0.00 | 2,753.51 |
| 2 | RBS Citizens | 8,038.45 | 0.00 | 2,766.77 |
| 3 | FIA CARD SERVICES, N.A. | 8,387.46 | 0.00 | 2,886.90 |
| 4 | ELAN FINANCIAL SERVICES | 9,874.20 | 0.00 | 3,398.62 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 11,805.80 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-81535-MB
Debra Sue Lamb                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: jclarke              Page 1 of 2            Date Rcvd: Nov 13, 2012
                              Form ID: pdf006            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2012.
db          +Debra Sue Lamb,    321 E. Prairie Street,    Lanark, IL 61046-1336
18792296    +Bank of America,    PO Box 851001,   Dallas, TX 75285-1001
18792298     Charter One Card Services,    PO Box 42010,    Providence, RI 02940-2010
19101072     FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18792300    +First State Bank of Shannon,    1 S. Linn,    Shannon, IL 61078-9035
19034227    +RBS Citizens,    443 Jefferson Blvd,   RJW 135,    Warwick RI 02886-1321
18792297   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Cardmember Services,    PO Box 790408,    Saint Louis, MO 63179-0408)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18792299    +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2012 04:49:52    Discover,   PO Box 6103,
             Carol Stream, IL 60197-6103
19028950     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2012 04:49:52    Discover Bank,
             DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
                                                                                             TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19137037*  ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   ELAN FINANCIAL SERVICES,   AS SERVICER FOR FIRST STATE BANK SHA,
              BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,   CINCINNATI, OH 45201-5229)
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2012**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: jclarke              Page 2 of 2              Date Rcvd: Nov 13, 2012
                              Form ID: pdf006            Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2012 at the address(es) listed below:

        Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
        Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
        Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
        Michael K Blissenbach    on behalf of Debtor Debra Lamb mblissenbach@ostlinglaw.com, ostlingassociates@comcast.net
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov

        TOTAL: 5