**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LAMB, DEBRA SUE § Case No. 12-81535
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $13,817.89   Assets Exempt: $10,004.89
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,805.80   Claims Discharged
Without Payment: $22,494.20

Total Expenses of Administration: $3,694.20

3) Total gross receipts of $ 15,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,730.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,694.20 | 3,694.20 | 3,694.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 34,678.95 | 34,300.00 | 34,300.00 | 11,805.80 |
| **TOTAL DISBURSEMENTS** | $38,408.95 | $37,994.20 | $37,994.20 | $15,500.00 |

    4) This case was originally filed under Chapter 7 on April 18, 2012. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/28/2013     By: /s/JOSEPH D. OLSEN
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CD with First State Bank Shannon | 1129-000 | 5,500.00 |
| Beneficiary of Estate of Kritland Lamb | 1229-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First State Bank of Shannon | 4110-000 | 3,730.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,730.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,300.00 | 2,300.00 | 2,300.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 119.20 | 119.20 | 119.20 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,225.00 | 1,225.00 | 1,225.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $3,694.20 | $3,694.20 | $3,694.20 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 16,729.60 | 7,999.89 | 7,999.89 | 2,753.51 |
| 2 | RBS Citizens | 7100-000 | 7,976.81 | 8,038.45 | 8,038.45 | 2,766.77 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 8,387.46 | 8,387.46 | 2,886.90 |
| 4 | ELAN FINANCIAL SERVICES | 7100-000 | 9,972.54 | 9,874.20 | 9,874.20 | 3,398.62 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $34,678.95 | $34,300.00 | $34,300.00 | $11,805.80 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81535  
**Case Name:** LAMB, DEBRA SUE  

**Period Ending:** 02/28/13  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/18/12 (f)  
**§341(a) Meeting Date:** 05/24/12  
**Claims Bar Date:** 09/06/12  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account with First State Bankl Shannon | 905.00 | 0.00 | DA | 0.00 | FA |
| 2 | Savings Account with First State Bank Shannon xx | 220.00 | 0.00 | DA | 0.00 | FA |
| 3 | CD with First State Bank Shannon | 5,500.00 | 5,500.00 | | 5,500.00 | FA |
| 4 | Household Goods | 450.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing Apparel | 260.00 | 0.00 | DA | 0.00 | FA |
| 6 | 401 K plan with John Hancock Current Value | 3,344.89 | 0.00 | DA | 0.00 | FA |
| 7 | 2007 Buick Lacrosse CXL 58,000 Miles Fair Condit | 8,593.00 | 0.00 | DA | 0.00 | FA |
| 8 | Computer Equipment | 20.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1 cat | 25.00 | 0.00 | DA | 0.00 | FA |
| 10 | Beneficiary of Estate of Kritland Lamb  (u)  ** Asset #10 & #11 are the same | Unknown | 10,000.00 | | 10,000.00 | FA |
| 11 | 1/2 interest in home @ 321 E. Priaire St. Lanark  (u)  ** Asset #10 & #11 are the same | Unknown | 0.00 | | 0.00 | FA |
| 11 | Assets   Totals (Excluding unknown values) | $19,317.89 | $15,500.00 | | $15,500.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   May 31, 2013          **Current Projected Date Of Final Report (TFR):**   November 9, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-81535 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** | LAMB, DEBRA SUE | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****177266 - Checking Account |
| **Taxpayer ID #:** | **-***1419 | | **Blanket Bond:** | $820,095.60 (per case limit) |
| **Period Ending:** | 02/28/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 02/28/2013 08:13 AM    V.13.11

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-81535  
**Case Name:** LAMB, DEBRA SUE  
**Taxpayer ID #:** **-***1419  
**Period Ending:** 02/28/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******32-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/23/12 | {3} | First State Bank | redemption of CD | 1129-000 | 5,500.00 | | 5,500.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,475.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,450.00 |
| 10/18/12 | {10} | Kirtland Lamb/Barbara Lamb Bocker | Compromise a Controversy | 1229-000 | 10,000.00 | | 15,450.00 |
| 12/12/12 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,300.00, Trustee Compensation; Reference: | 2100-000 | | 2,300.00 | 13,150.00 |
| 12/12/12 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $119.20, Trustee Expenses; Reference: | 2200-000 | | 119.20 | 13,030.80 |
| 12/12/12 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,225.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,225.00 | 11,805.80 |
| 12/12/12 | 104 | Discover Bank | Dividend paid 34.41% on $7,999.89; Claim# 1; Filed: $7,999.89; Reference: | 7100-000 | | 2,753.51 | 9,052.29 |
| 12/12/12 | 105 | RBS Citizens | Dividend paid 34.41% on $8,038.45; Claim# 2; Filed: $8,038.45; Reference: | 7100-000 | | 2,766.77 | 6,285.52 |
| 12/12/12 | 106 | FIA CARD SERVICES, N.A. | Dividend paid 34.41% on $8,387.46; Claim# 3; Filed: $8,387.46; Reference: | 7100-000 | | 2,886.90 | 3,398.62 |
| 12/12/12 | 107 | ELAN FINANCIAL SERVICES | Dividend paid 34.41% on $9,874.20; Claim# 4; Filed: $9,874.20; Reference: | 7100-000 | | 3,398.62 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 15,500.00 | 15,500.00 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 15,500.00 | 15,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,500.00** | **$15,500.00** | |

Net Receipts : 15,500.00  
Net Estate : $15,500.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****177266 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******32-66 | 15,500.00 | 15,500.00 | 0.00 |
| | **$15,500.00** | **$15,500.00** | **$0.00** |

{} Asset reference(s)   Printed: 02/28/2013 08:13 AM   V.13.11